IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| DENNIS PIKE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 06-0926-CV-W-SWH |
| | ) |
| INTERNATIONAL SURFACE | ) |
| PREPARATION | ) |
| GROUP (TEXAS), INC., | ) |
| | ) |
| Defendant. | ) |

ORDER

The defendant, International Surface Preparation Group (Texas), Inc., has requested that the Court remand this action to state court on that basis that defendant has learned that it improperly removed this action to federal court. (Doc. # 3) According defendant's motion, plaintiff's counsel consents to defendant's request. Thus, based upon defendant's unopposed motion, it is

ORDERED that this case is remanded to the Circuit Court of Jackson County, Missouri at Kansas City. It is further

ORDERED that the Clerk of Court is directed to mail a certified copy of this Order to the Circuit Court of Jackson County, Missouri at Kansas City. It is further

ORDERED that all parties shall bear their own costs and expenses.

> */s/ Sarah W. Hays*
> SARAH W. HAYS
> UNITED STATES MAGISTRATE JUDGE