**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

**JUDGMENT IN A CIVIL CASE**

DENNIS PIKE,

    Plaintiff,

v.                                  No. 06-0926-CV-W-SWH

INTERNATIONAL SURFACE PREPARATION
GROUP (TEXAS) INC. ,

    Defendant.

    **XX**    **Decision by Court.** This action came before the Court. The issues have been determined and a decision ha

**IT IS ORDERED**

    that this case is remanded to the Circuit Court of Jackson County, Missouri at Kansas City.

**IT IS FURTHER ORDERED**

    that the Clerk of Court is directed to mail a certified copy of this Order to the Circuit Court of Jackson County, Missouri at Kansas City.

**IT IS FURTHER ORDERED**

    that all parties shall bear their own costs and expenses.

                                              Patricia L. Brune
                                              Clerk of the Court

                                             /s/ Bonnie J. Rowland
                                             Deputy Clerk

Date:    December 4, 2006